**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**Melanie L. Cyganowski,**

                Plaintiff,                **RECUSAL ORDER**

  -V-

                                                        21-CV-00888-JMA

**Decision Diagnostics Corp.**

                Defendant.
-----------------------------------------------------------X

**WICKS, Magistrate Judge**

     The undersigned hereby recuses himself from the above entitled case pursuant to 28 U.S.C., Section 455 (a) and it is requested that the Clerk of the Court reassign this case to another Magistrate Judge in the ordinary course of business.

                                                        **SO ORDERED**:


                                                        s/ James M. Wicks
                                                        JAMES M. WICKS
                                                        United States Magistrate Judge

Dated:    May 17, 2021