# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 8/18/2021          TIME: 3:30 PM          TIME IN COURT:    10 Mins.

CASE:    **Cyganowski v. Decision Diagnostics Corp.**
         **21-cv-00888-JMA-ST**

APPEARANCES:    Plaintiff:  Andrew Halpern

                Defendant: Ronald Herzog

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers to be served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☒ A further telephone status conference is set for 9/17/2021 at 11:00 AM before Judge Joan M. Azrack. Parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.