# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 9/17/2021          TIME: 11:00 am          TIME IN COURT:   10 Mins.

CASE:     **Cyganowski v. Decision Diagnostics Corp.**
          **21-cv-00888-JMA-ST**

APPEARANCES:     Plaintiff:  Andrew Halpern

                 Defendant: Ronald Herzog

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers to be served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☒ A further telephone status conference is set for 10/26/2021 at 2:00 pm before Judge Joan M. Azrack.  Parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.