

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

Erik B. Weinick
Member of the Firm
eweinick@otterbourg.com
212 905 3672

December 27, 2021

VIA ECF

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    <u>Cyganowski v. Decision Diagnostics Corp., et al., No. 2:21-cv-00888-BMC</u>

Dear Judge Cogan:

     This firm is counsel to Melanie L. Cyganowski, as the Receiver of the Receivership Entities[1] in *SEC v. Platinum Mgmt. (NY) LLC, et al.*, No. 1:16-cv-06848-BMC, and Plaintiff in the captioned matter.

     We write with the permission of counsel for Defendant Decision Diagnostics Corp. in advance of tomorrow's scheduled Status Conference to inform Your Honor that the parties have reached and executed a settlement. The parties have not yet filed a dismissal because certain steps need to be taken under the settlement before a dismissal can be filed.

     Given the foregoing, we respectfully suggest an adjournment of the Status Conference unless Your Honor would like to hear from the parties.

     Thank you for your consideration and continued courtesies.

---

[1] The Receivership Entities include Platinum Credit Management, L.P., Platinum Partners Credit Opportunities Master Fund LP, Platinum Partners Credit Opportunities Fund (TE) LLC, Platinum Partners Credit Opportunities Fund LLC, Platinum Partners Credit Opportunities Fund (BL) LLC, Platinum Liquid Opportunity Management (NY) LLC, Platinum Partners Liquid Opportunity Fund (USA) L.P., Platinum Partners Liquid Opportunity Master Fund L.P., Platinum Partners Credit Opportunities Fund International Ltd and Platinum Partners Credit Opportunities Fund International (A) Ltd.



December 27, 2021
Honorable Brian M. Cogan
Page 2

                                                                             Respectfully submitted,

                                                                             */s/ Erik B. Weinick*

                                                                             Erik B. Weinick

Enclosures

cc:    Ronald Herzog, Esq.
       Andrew S. Halpern, Esq.