# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MELANIE L. CYGANOWSKI,
AS RECEIVER FOR PLATINUM
PARTNERS CREDIT OPPORTUNITIES
MASTER FUND LP, AND, IN THAT
CAPACITY, AS AGENT ON BEHALF OF
ALPHA CREDIT RESOURCES LLC,

      Plaintiff,

-against-

DECISION DIAGNOSTICS CORP.,

      Defendant.
------------------------------------------------------------- X

No. 2:21-cv-00888-BMC

**STIPULATION**
**OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all of the parties to this action that this action is hereby dismissed with prejudice and without costs against any party, and that the Court shall retain jurisdiction for the purposes of enforcing and addressing any disputes arising out of or relating to (a) the Settlement Agreement dated as of December 18, 2021, and (b) the Leak-Out Agreement dated as of December 18, 2021.

Dated: New York, New York
   January 7, 2022

**OTTERBOURG P.C.**

By: _/s/ Andrew S. Halpern_
   Andrew S. Halpern

230 Park Avenue
New York, New York 10169
(212) 661-9100
asilverstein@otterbourg.com

*Attorneys for Plaintiff*

**GOLDBERG SEGALLA LLP**

By: _/s/ Ronald S. Herzog_
   Ronald S. Herzog

*Mailing Address*:
P.O. Box 1020
Buffalo, New York 14201
*Office Address*:
50 Main Street, Suite 425
White Plains, New York 10606-1976
(914) 798-5400
rherzog@goldbergsegalla.com

*Attorneys for Defendant*

1

Dated: January ___, 2022

SO ORDERED:

_____
Brian M. Cogan, United States District Judge