UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MELANIE L. CYGANOWSKI, :
AS RECEIVER FOR PLATINUM :
PARTNERS CREDIT OPPORTUNITIES : No. 2:21-cv-00888-BMC
MASTER FUND LP, AND, IN THAT :
CAPACITY, AS AGENT ON BEHALF OF : **STIPULATION**
ALPHA CREDIT RESOURCES LLC, : **OF DISMISSAL**
 :
                    Plaintiff, :
 :
                -against- :
 :
DECISION DIAGNOSTICS CORP., :
 :
                    Defendant. :
---------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for all of the parties to this action that this action is hereby dismissed with prejudice and without costs against any party, and that the Court shall retain jurisdiction for the purposes of enforcing and addressing any disputes arising out of or relating to (a) the Settlement Agreement dated as of December 18, 2021, and (b) the Leak-Out Agreement dated as of December 18, 2021.

Dated: New York, New York
       January 7, 2022

| | |
|---|---|
| **OTTERBOURG P.C.** | **GOLDBERG SEGALLA LLP** |
| By: *[signature]* | By: *[signature]* |
|     Andrew S. Halpern |     Ronald S. Herzog |
| 230 Park Avenue | *Mailing Address*: |
| New York, New York 10169 | P.O. Box 1020 |
| (212) 661-9100 | Buffalo, New York 14201 |
| asilverstein@otterbourg.com | *Office Address*: |
| | 50 Main Street, Suite 425 |
| *Attorneys for Plaintiff* | White Plains, New York 10606-1976 |
| | (914) 798-5400 |
| | rherzog@goldbergsegalla.com |
| | |
| | *Attorneys for Defendant* |

1

Dated: September 22, 2022

SO ORDERED:

*Brian M. Cogan*
_____
Brian M. Cogan, United States District Judge